UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America<br><br>v.<br><br>ROBERT REYES,<br><br>Defendants. | Case No.  21-mj-71765-MAG-1  (KAW)<br><br>Charging District:  Western District of Texas, Austin<br><br>Charging District's Case No.:  A21-CR-223 LY |
|---|---|

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: U.S. District Court, Western District of Texas – 501 West 5th Street, Suite 7300, Austin TX 78701 | Courtroom of assigned Judge L. Yeakel |
| | Date and Time: TBD by assigned Judge L. Yeakel |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 11/10/2021

*Kandis Westmore*

Kandis A. Westmore
United States District Judge